# IN THE SUPREME COURT OF THE STATE OF NEVADA

STRANGE LAND, INC., A NEVADA CORPORATION,
Petitioner,
vs.
THE SECOND JUDICIAL DISTRICT COURT OF THE STATE OF NEVADA, IN AND FOR THE COUNTY OF WASHOE; AND THE HONORABLE SCOTT N. FREEMAN, DISTRICT JUDGE,
Respondents,
and
SENECA INSURANCE COMPANY, INC., A NEW YORK CORPORATION,
Real Party in Interest.

No. 71758

FILED

DEC 22 2017

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY
CHIEF DEPUTY CLERK

## ORDER DENYING PETITION FOR WRIT OF MANDAMUS

This is an original petition for a writ of mandamus challenging a district court order denying a motion for summary judgment on a claim for declaratory relief.

After considering the parties' briefing and oral arguments, we are not inclined to intervene at this time. *See Libby v. Eighth Judicial Dist. Court*, 130 Nev. 359, 363, 325 P.3d 1276, 1278 (2014) ("Whether to consider a writ of mandamus is within [our] discretion" and "[a]s a general rule, [we] will not exercise [our] discretion to consider petitions for extraordinary writ relief that challenge district court orders denying summary judgment."). There are other causes of action involving the language at issue that require

17-44308

resolution by the district court, and further litigation may resolve issues raised in the petition. Accordingly, we

ORDER the petition DENIED.

_____ , J.
Hardesty

_____ , J.
Parraguirre

_____ , J.
Stiglich


cc:   Hon. Scott N. Freeman, District Judge
      Kevin R. Karp
      Wilson, Elser, Moskowitz, Edelman & Dicker, LLP/Las Vegas
      Ken Maguire & Associates, PLLC
      Washoe District Court Clerk